**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JOSEPH NERO, | ) | |
| | ) | Civil Action No.  3:21-cv-00183-LPL |
| Petitioner, | ) | |
| | ) | Magistrate Judge Lisa Pupo Lenihan |
| v. | ) | |
| | ) | |
| ERIC TICE, et al, | ) | |
| | ) | |
| Respondents. | ) | |

## <u>ORDER</u>

The petition filed by the individual identified above has been received without a filing fee or the forms required to proceed <u>in forma pauperis</u> in a habeas corpus case.  This action may not proceed unless the Petitioner either,

1)      tenders to the "Clerk, U.S. District Court" a statutory filing fee in the amount of $5.00, or,

2)      files a properly completed application to proceed in forma pauperis, along with an authorization form and a certified copy of the account statement for the six (6) months preceding the filing of the petition.

Therefore,

**IT IS ORDERED** this 27th day of October, 2021, that the Clerk of Court is to mark this case closed.

**IT IS FURTHER ORDERED** that the Petitioner may reopen the case by paying the $5.00 filing fee or submitting a motion to proceed in forma pauperis and a certified copy of the account statement for the six (6) months preceding the filing of the complaint within 30 days from the date of this order.

**IT IS FURTHER ORDERED** that the parties are allowed fourteen (14) days from this date to appeal this order to a District Judge pursuant to Rule 72.C.2 of the Local Rules.  Failure to appeal within fourteen (14) days will constitute waiver of the right to appeal.


s/Lisa Pupo Lenihan
Lisa Pupo Lenihan
United States Magistrate Judge


cc:    Joseph Nero
       MZ – 8911
       S.C.I. Somerset
       1590 Walters Mill Road
       Somerset, PA  15510-0001